** PUBLIC BUILDINGS — SEALED BIDS ** PURSUANT TO 70 O.S. 5-123 [70-5-123], WHERE A BOARD OF EDUCATION CONSTRUCTS OR IMPROVES A BUILDING BY THE FORCE ACCOUNT METHOD, A CONTRACT FOR THE PURCHASE OF MATERIALS EXCEEDING ONE THOUSAND DOLLARS ($1,000) MUST BE AWARDED TO THE LOWEST RESPONSIBLE BIDDER UPON SEALED BIDS. CITE: 61 O.S. 101 [61-101], 61 O.S. 126 [61-126], OPINION NO. JANUARY 26, 1962, OPINION NO. MAY 6, 1950 (JOE C. LOCKHART)